**422**

GOYA FOODS, INCORPORATED,
doing business as Goya Foods
of Florida, Petitioner

v.

NATIONAL LABOR RELATIONS
BOARD, Respondent.

Nos. 07–1451, 07–1482.

United States Court of Appeals,
District of Columbia Circuit.

Jan. 23, 2009.

James Chumley Crosland, David Clayton Miller, Bryant Miller Olive, Miami, FL, Carlos G. Ortiz, Goya Foods, Inc., Secaucus, NJ, for Petitioner.

Linda Dreeben, John H. Ferguson, Assistant General Counsel, Mackenzie Fillow, Fred Barry Jacob, Esq., Ronald E. Meisburg, National Labor Relations Board, Washington, DC, for Respondent.

Before: ROGERS and GRIFFITH, Circuit Judges, and EDWARDS, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This cause was considered on a petition for review and cross-application for enforcement of an order of the National Labor Relations Board ("the Board") and was briefed and argued by counsel. It is

**ORDERED and ADJUDGED,** by this Court, that the petition for review is hereby denied, and the Board's cross-application for enforcement is granted essentially for the reasons stated by the Board.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing *en banc. See* FED. R.APP. P. 41(b); D.C.Cir. Rule 41.